| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | *Form F: PROPOSED CONSENT ORDER*<br>**TWO PAGE DOCUMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

Carrie Ann Aubee
Debtor

BK No.15-11826-DF
Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION**

The Court, having scheduled a status hearing on loss mitigation for **April 13, 2016** at which counsel for the Debtor and **Wells Fargo Bank, N.A.** (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) The Debtor shall provide all documents requested by the Creditor by **April 15, 2016** (the "Response").

(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtor, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor's counsel with a list of any additional information it requires by **April 22, 2016** after receiving the Response (the "Additional Information Request").

(3) The Debtor shall fully respond to any Additional Information Request and provide all requested documents to Creditor within <u>7</u> days after receiving the same from Creditor.

(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by **date**, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by **date**.~~

**(5)** Other Comments: a number of the requested documents were required to be submitted by the Debtor to Creditor by previous order. Accordingly, if Debtor fails to provide all of the requested documents by 4/15/16,

(6) ~~In lieu of a status report, the parties request that a continued status hearing on loss~~

1

at the next status hearing the Court will consider termination of loss mitigation.

~~mitigation be scheduled for **April 27, 2016**~~

Agreed to this 12th day of April 2016

| Creditor | Debtors |
| --- | --- |
| By counsel: | By counsel: |

/s/ Tatyana P. Tabachnik                  /s/ Carleen N. T. Aubee
Tatyana P. Tabachnik, Esquire             Carleen N.T. Aubee, Esquire
(RI# 8911)                                23 Acorn Street
Harmon Law Offices, PC                    Providence, RI 02903
150 California Street                     401-273-8200
Newton, MA 02458                          AubeeEsq@gmail.com
Tel: 617-558-0500
Fax: 617-243-4049
ribk@harmonlaw.com

Consent Order Approved on this ___ day of April 2016

_Diane Finkle_ 04/12/2016
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing: April 27, 2016

Rev. 12/18/2013

2