**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In re: Carrie Ann Aubee                                              BK No: 15-11826
        Debtors                                                         Chapter 13

---

# ORDER TO SHOW CAUSE WHY LOSS MITIGATION SHOULD NOT TERMINATE FOR DEBTOR'S FAILURE TO PROVIDE ALL REQUESTED DOCUMENTS TO LENDER
**(this relates to Doc. #35, 67)**

On March 28, 2016, the Court entered an Order requiring the Debtor to submit to Wells Fargo Bank, N.A. (the "Lender") all requested documents by April 1, 2016. The Debtor has failed to comply with that Order. Accordingly, the Debtor is hereby ***ORDERED TO APPEAR AND SHOW CAUSE*** at the U.S. Bankruptcy Court, 380 Westminster Street, 6th Floor, Providence, RI 02903, on April 27, 2016 at 10:00 a.m., why loss mitigation should not be terminated for failure to comply with this Court's Order. If the Debtor provides the Lender with all outstanding documents by April 15, 2016, the Court will release the show cause order, and the Court will proceed with a status hearing on loss mitigation on April 27, 2016.

Dated: 4/12/2016                                                By the Court,

                                                                            Diane Finkle
                                                                           U.S. Bankruptcy Judge